996

DECEMBER 29, 1966.

No. 813. CITY OF SCRANTON ET AL. v. UNITED STATES ET AL. Appeal from D. C. S. D. N. Y. Dismissed as to appellant Township of Weehawken pursuant to Rule 60 of the Rules of this Court. *Gordon P. MacDougall* for appellant.

JANUARY 9, 1967.

No. 1, Orig.   WISCONSIN ET AL. v. ILLINOIS ET AL.;
No. 2, Orig.   MICHIGAN v. ILLINOIS ET AL.;
No. 3, Orig.   NEW YORK v. ILLINOIS ET AL.; and
No. 11, Orig.   ILLINOIS v. MICHIGAN ET AL.

Report of the Special Master received and ordered filed. The following schedule for filing of exceptions and briefs adopted:

1. Exceptions by all parties to report of the Special Master, to be filed on or before March 6, 1967.

2. Opening briefs by all parties in support of their exceptions to be filed on or before June 5, 1967.

3. Briefs by all parties in answer to opening briefs to be filed on or before September 5, 1967.

4. Reply briefs by all parties to be filed by November 6, 1967.

[For earlier actions, see 360 U. S. 712; 361 U. S. 956; 362 U. S. 908, 957, 958, 972.]

No. 209: RAILROAD TRANSFER SERVICE, INC. v. CITY OF CHICAGO ET AL. C. A. 7th Cir. (Certiorari granted, *ante*, p. 810.) Motion of Chicago Terminal Railroads for leave to file brief, as *amicus curiae*, granted. *Joseph H. Hays, James W. Nisbet* and *Ed White* on the motion.